UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| JACK A. WILSON ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> CARROLL COUNTY, ) <br> ) <br> CARROLL COUNTY DETENTION ) <br> CENTER, ) <br> ) <br> MICHAEL HUMPHREY, Individually, ) <br> and in his Official Capacity as Carroll ) <br> County Jailer, ) <br> ) <br> JENNIFER JOHNSON, Individually, and ) <br> ) <br> UNNAMED CARROLL COUNTY ) <br> DETENTION CENTER MEDICAL ) <br> DIRECTOR, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil No: 12-68-GFVT <br><br> **JUDGMENT** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinions and Orders entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED**:

    (1)    Defendant Johnson's Motion for Summary Judgment [**R. 23**] is **GRANTED** for Counts Two, Four, and Five;

    (2)    Defendant Johnson's Motion for Summary Judgment [**R. 23**] is **DENIED**

for Count One;

(3) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay; and

(4) The Carroll County Defendants' Motion for Summary Judgment [**R. 29**] is **GRANTED** for all claims asserted against Carroll County Detention Center, Carroll County, and Michael Humphrey in both his official capacity as Carroll County Jailer and in his individual capacity; and

(5) Judgment is hereby entered in favor of **Defendants Carroll County, Carroll County Detention Center, and Michael Humphrey**, in both his official capacity as Carroll County Jailer and in his individual capacity; and the claims against them are **DISMISSED WITH PREJUDICE.**

This 6th day of March, 2014.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge